■ CARLOS TORRES, Appellant, v ARNOLD KATCHER et al., Respondents. [732 NYS2d 894] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Bernstein, J.), dated May 11, 2001, which denied his motion for summary judgment on the issue of liability.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the plaintiff's motion for summary judgment since there are triable issues of fact. Ritter, J. P., Goldstein, Friedmann, Feuerstein and Crane, JJ., concur.